United States District Court
Southern District of Texas
**ENTERED**
March 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JUAN SILVA VAZQUEZ, SR,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:21-CV-00164 |
| § | |
| **H.S.I.**, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 5) recommending that Respondents' Motion to Dismiss (Dkt. 2) be granted. The parties have been duly noticed regarding the filing of objections, and the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed, and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. Thus, Respondents' Motion to Dismiss (Dkt. 2) is GRANTED and the case is DISMISSED without prejudice.

IT IS SO ORDERED.

SIGNED this March 14, 2022.

_____
Diana Saldaña
United States District Judge